# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2021
```

September 25, 2021

*Via* ECF

The Honorable Victor Marrero
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Anthony Abernathy,* 21 Cr. 323 (VM)

Dear Judge Marrero:

I represent Anthony Abernathy in the above-referenced matter. I move the Court, to modify Mr. Abernathy's bond to permit him to travel to Florida from September 30, 2021, to October 3, 2021. We have contacted the government and Pretrial Services and neither office takes a position on this request at this time.

If granted permission, Mr. Abernathy intends to travel by plane to Florida on September 30, 2021, returning to New York on October 3, 2021. He will be staying at a resort for a friend's wedding. The details of the trip, including the flight information and location of the resort where he will be staying will be provided to Pretrial Services should the Court grant this request.

Accordingly, I respectfully request that Mr. Abernathy be granted permission to travel to and from Florida on the above dates.

Respectfully submitted,

  /s/

César de Castro



Request **GRANTED**.

**SO ORDERED.**
9/27/2021
DATE — VICTOR MARRERO, U.S.D.J.

cc: David J. Robles
   (Assistant United States Attorney *via* ECF)