```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
UNITED STATES OF AMERICA

    - v. -

ANTHONY ABERNATHY,

                  Defendant.

-------------------------------------------------------------------- X

ORDER

21 CR. 323 (VM)

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on November 22, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: March 23, 2022
       New York, New York

                                            Victor Marrero
                                            U.S.D.J.