```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,            :
                                     :            **21 CR 323 (VM)**
        -against-                    :
                                     :            <u>ORDER</u>
ANTHONY ABERNATHY,                   :
                                     :
                Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be set for Friday, July 8, 2022 at 10:00 A.M.

**SO ORDERED:**

Dated:  New York, New York
        23 March 2022

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.