THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602 New York,
New York 10038 631.460.3951
Office 646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

March 24, 2021

*Via* **ECF**

The Honorable Victor Marrero
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *United States v. Anthony Abernathy,* 21 Cr. 323 (VM)

Dear Judge Marrero:

I represent Anthony Abernathy in the above-referenced matter. I move the Court, to modify Mr. Abernathy's bond to permit him to travel to Puerto Rico from March 28, 2022, to March 31, 2022. We have contacted the government and Pretrial Services and the government does not take a position on the request and defers to Pretrial Services. We understand from written communications between Mr. Abernathy and his Pretrial Officer, that Pretrial Services does not object to this request.

If granted permission, Mr. Abernathy intends to travel by plane to Puerto Rico on March 28, 2022, returning to New York on March 31, 2021. He will be staying in a resort with friends. The details of the trip, including the flight information and location of the resort where he will be staying will be provided to Pretrial Services should the Court grant this request.

Accordingly, I respectfully request that Mr. Abernathy be granted permission to travel to and from Puerto Rico on the above dates.

Respectfully submitted,

/s/

César de Castro

cc:    David J. Robles
        (Assistant United States Attorney

---

```
Defense counsel's request to modify
defendant's bond to allow for the travel
as stated herein is hereby GRANTED.

SO ORDERED.

Dated: March 25, 2022
       New York, New York      Victor Marrero
                                  U.S.D.J.
```