```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   1:21-cr-00323-VM-2
    -against-                       :   ORDER
                                    :
Anthony Abernathy                   :
                                    :
        Defendant                   :
                                    :
-----------------------------------X
```

Victor Marrero, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the condition of a curfew enforced by location monitoring.

    Dated: New York, New York
          June 6, 2022

SO ORDERED:

_____
Victor Marrero
U.S.D.J.